O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

Case No. CV08-01482 DOC (MLGx)                              Date: September 30, 2008

Title: OBELIA VILLAFLOR, individually and on behalf of similarly situated individuals v. EXPERIAN INFORMATION SOLUTIONS, INC.

DOCKET ENTRY
  [I hereby certify that this document was served by first class mail or Government messenger service, postage prepaid, to all counsel (or parties) at their respective most recent address of record in this action on this date.]
                              Date:_____  Deputy Clerk: _____

PRESENT:            THE HONORABLE DAVID O. CARTER, JUDGE

  Kristee Hopkins              Not Present
  Courtroom Clerk              Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:     ATTORNEYS PRESENT FOR DEFENDANTS:

NONE PRESENT                            NONE PRESENT

PROCEEDING (IN CHAMBERS): GRANTING STIPULATION TO ALLOW FILING OF SECOND AMENDED COMPLAINT AND CONSENT TO TRANSFER THE ACTION TO THE NORTHERN DISTRICT OF CALIFORNIA

Based on the stipulation filed by Plaintiff Obelia Villaflor and Defendant Equifax Information Services, LLC with this Court on August 29, 2008, the Court hereby ORDERS the following:

1. Plaintiff shall file the proposed Second Amended Complaint attached to the Stipulation as Exhibit A by October 14, 2008.

2. After the Second Amended Complaint has been filed, this action shall be transferred to the Hon. Maxine Chesney, U.S. District Court, Northern District of California, San Francisco Division.

3. Any deposition of Obelia Villaflor by Experian in connection with this or any related litigation shall take place at the offices of Experian's counsel in Los Angeles, California.

The Clerk shall serve this minute order on all parties to the action.